IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMOND W. RICHARDSON, AL7106, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> RONALD DAVIS, Warden, ) <br> ) <br> Respondent. ) <br> _____ ) | No. C 16-0471 CRB (PR) <br><br> ORDER OF TRANSFER |

Petitioner seeks federal habeas review of a 2012 conviction from San Bernardino County Superior Court, which lies within the venue of the Central District of California, Eastern Division. See 28 U.S.C. § 84(c)(1). Petitioner is incarcerated at San Quentin State Prison in Marin County, which lies within the venue of this judicial district. See id. § 84(a).

Venue is proper in a habeas action in either the district of confinement or the district of conviction, see id. § 2241(d); however, petitions challenging a conviction preferably are heard in the district of conviction. See Habeas L.R. 2254-3(a); Dannenberg v. Ingle, 831 F. Supp. 767, 767 (N.D. Cal. 1993).

Because San Bernardino County lies in the Central District of California, Eastern Division, the court ORDERS that pursuant to 28 U.S.C. § 1404(a) and Habeas Local Rule 2254-3(b), and in the interest of justice, this petition be TRANSFERRED to the United States District Court for the Central District of California, Eastern Division.

The clerk shall transfer this matter forthwith.

SO ORDERED.

DATED: 1/29/2016           _____
                           CHARLES R. BREYER
                           United States District Judge

G:\PRO-SE\CRB\HC.16\Richardson, E.16-0471.transfer.wpd